**91–2149.** State, ex rel. Jackson, v. Felker. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2188.** Fears v. Bettman. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2210.** American Ambulance Co. v. Slanco. *Trumbull County*, No. 90–T–4477. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

SWEENEY, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.